# 18a0223
# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0223.   HEDGEPETH,  HEREDIA  &  RIEDER,  LLC  v.  MICHELE
   LORENZO.**

The plaintiff Hedgepeth, Heredia & Rieder, LLC filed suit against Michele
Lorenzo, asserting breach of contract. On August 29, 2016, following a jury trial, the
court entered judgment in favor of the plaintiff in the amount of $1.00. The plaintiff
filed a timely motion for new trial, which was denied, and then filed a timely notice
of appeal. We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less,
a party must follow the discretionary appeal procedures to obtain appellate review.
See OCGA § 5-6-35 (a) (6). The plaintiff's failure to follow the required procedure
deprives us of jurisdiction to consider this appeal. See *Jennings v. Moss*, 235 Ga.
App. 357, 357 (509 SE2d 655) (1998). Accordingly, this appeal is hereby
DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  10/03/2017
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*